# UNITED STATES DISTRICT COURT

## District of Minnesota

Yeng Xiong,

Petitioner,

v.

Markwayne Mulling, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1399 JMG/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The petitioner's motion for attorneys' fees and expenses under the EAJA (filing 9) is granted.

2. The petitioner is awarded attorneys' fees and costs in the amount of $2,205.00.

Date: 4/6/2026

KATE M. FOGARTY, CLERK